# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEND

## CIVIL MINUTES - GENERAL

Case No.: CV 03-02094 PA (Ex)      Date: August 11, 2003

Title: In re Skechers U.S.A., Inc. Securities Litigation

**PRESENT: HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| C. Kevin Reddick | Jennifer Cheshire |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorneys Present for Plaintiff:**     **Attorneys Present for Defendants:**
Ramzi Abadou                                       Seth Aronson
Karen Rogers                                       Cacilia Kim
Jeff Westerman

**PROCEEDINGS:** STATUS CONFERENCE

      A status conference is held. The Court appoints the Municipal Employees' Retirement System of Michigan as the Lead Plaintiff. Plaintiff shall file a consolidated complaint within 45 days of the date of this Order. Defendants shall then have 30 days to respond to the consolidated complaint. In scheduling a motion to dismiss the consolidated complaint, Defendants shall notice the hearing and serve Plaintiff in such a manner that Plaintiff has a minimum of 14 days to oppose the motion to dismiss and no more than 28 days elapses between the filing date of the motion to dismiss and the scheduled date of the hearing.

      IT IS SO ORDERED.



AUG 1 3 2003

33