```
1  MILBERG WEISS BERSHAD
     HYNES & LERACH LLP
2  WILLIAM S. LERACH (68581)
   DARREN J. ROBBINS (168593)
3  BYRON S. GEORGIOU (61250)
   RAMZI ABADOU (222567)
4  THOMAS E. GLYNN (223429)
   401 B Street, Suite 1700
5  San Diego, CA 92101
   Telephone: 619/231-1058
6  619/231-7423 (fax)
            - and -
7  JEFF S. WESTERMAN (94559)
   KAREN T. ROGERS (185465)
8  355 South Grand Avenue
   Suite 4170
9  Los Angeles, CA 90071
   Telephone: 213/617-9007
10 213/617-9185 (fax)

11 [Proposed] Lead Counsel for MERS and the Class
```

ORIGINAL  Send

FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re SKECHERS U.S.A., INC. SECURITIES LITIGATION | Master File No. CV-03-2094-PA(Ex) |
| | CLASS ACTION |
| This Document Relates To: | [~~PROPOSED~~] ORDER RE: APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL FOLLOWING HEARING |
| ALL ACTIONS. | |
| | HEARING WAS: <br> DATE: August 11, 2003 <br> TIME: 1:30 p.m. <br> CTRM: Honorable Percy Anderson |

ENTER ON ICMS
AUG 25 2003

A Status Conference was held on August 11, 2003, whereby the Court appointed the Municipal Employees' Retirement System of Michigan as Lead Plaintiff. *See* August 11, 2003, Status Conference Minutes attached hereto as Ex. A. As with Lead Plaintiff, no opposition to Lead Plaintiff's selection of Lead Counsel was filed. Pursuant to 15 U.S.C. §78u-4(a)(3)(b)(v), the Court approves Lead Plaintiff's selection of Milberg Weiss Bershad Hynes & Lerach LLP as Lead Counsel for the Class.

Lead Plaintiff shall file a consolidated complaint within 45 days of the date of the Court's August 11, 2003, Status Conference. Defendants shall then have 30 days to respond to the consolidated complaint. In scheduling a motion to dismiss the consolidated complaint, defendants shall notice the hearing and serve Lead Plaintiff in such a manner that Lead Plaintiff has a minimum of 14 days to oppose the motion to dismiss and no more than 28 days elapses between the filing date of the motion to dismiss and the scheduled date of the hearing.

IT IS SO ORDERED.

DATED: August 21, 2003

THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Submitted by:

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
BYRON S. GEORGIOU
RAMZI ABADOU
THOMAS E. GLYNN

RAMZI ABADOU

401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

- 1 -

```
 1 │ MILBERG WEISS BERSHAD
   │   HYNES & LERACH LLP
 2 │ JEFF S. WESTERMAN
   │ KAREN T. ROGERS
 3 │ 355 South Grand Avenue
   │ Suite 4170
 4 │ Los Angeles, CA 90071
   │ Telephone: 213/617-9007
 5 │ 213/617-9185 (fax)
 6 │ [Proposed] Lead Counsel for MERS and the Class
 7 │
   │ Approved as to Form:
 8 │
   │ O'MELVENY & MYERS LLP
 9 │ DANIEL M. PETOCELLI
   │ SETH ARONSON
10 │ DAVID I. HURWITZ
   │ J. CACILIA KIM
11 │
12 │        [signature]
13 │     J. CACILIA KIM
14 │ 400 South Hope Street
   │ Suite 1060
15 │ Los Angeles, CA 90071-2899
   │ Telephone: 213/430-6000
16 │
   │ Attorney for Defendants
17 │
...
28 │ C:\Cases-SD\Skechers\DDH82702.org
```

- 2 -

RECYCLED PAPER MADE FROM 30% POST CONSUMER CONTENT

UNITED STATES DISTRICT COURT  SEND
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: CV 03-02094 PA (Ex)    Date: August 11, 2003

Title: In re Skechers U.S.A., Inc. Securities Litigation

**PRESENT: HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| C. Kevin Reddick | Jennifer Cheshire |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:       Attorneys Present for Defendants:
Ramzi Abadou                            Seth Aronson
Karen Rogers                            Cacilia Kim
Jeff Westerman

**PROCEEDINGS:** STATUS CONFERENCE

A status conference is held. The Court appoints the Municipal Employees' Retirement System of Michigan as the Lead Plaintiff. Plaintiff shall file a consolidated complaint within 45 days of the date of this Order. Defendants shall then have 30 days to respond to the consolidated complaint. In scheduling a motion to dismiss the consolidated complaint, Defendants shall notice the hearing and serve Plaintiff in such a manner that Plaintiff has a minimum of 14 days to oppose the motion to dismiss and no more than 28 days elapses between the filing date of the motion to dismiss and the scheduled date of the hearing.

IT IS SO ORDERED.

AUG 13 2003

-3-

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071-3172.

2. That on August 19, 2003, declarant served the [PROPOSED] ORDER RE: APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL FOLLOWING HEARING by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of August 2003, at Los Angeles, California.

_____
CYNTHIA DORSEY

**Counsel For Defendant(s)**

Daniel M. Petrocelli
O'Melveny & Myers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6035
   310/553-6700
   310/246-6779(Fax)

Seth M. Aronson
David I. Hurwitz
J. Cacilia Kim
O'Melveny & Myers LLP
400 South Hope Street, Suite 1060
Los Angeles, CA  90071-2899
   213/430-6000
   213/430-6407(Fax)

**Counsel For Plaintiff(s)**

Mel E. Lifshitz
Joseph R. Seidman, Jr.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY  10016
   212/779-1414
   212/779-3218(Fax)

Samuel H. Rudman
Cauley Geller Bowman & Rudman LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)

Paul J. Geller
Cauley Geller Bowman & Rudman, LLP
2255 Glades Road, Suite 421A
Boca Raton, FL  33431
   561/750-3000
   561/750-3364(Fax)

Nadeem Faruqi
Faruqi & Faruqi, LLP
320 East 39th Street, 3rd Floor
New York, NY  10016
   212/983-9330
   212/983-9331(Fax)

Lionel Z. Glancy
Peter A. Binkow
Michael Goldberg
Glancy & Binkow LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160(Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
   410/332-0030
   410/685-1300(Fax)

William S. Lerach
Ramzi Abadou
Ryan A Llorens
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
  619/231-1058
  619/231-7423(Fax)

Jeff S. Westerman
Karen T. Rogers
Milberg Weiss Bershad Hynes & Lerach LLP
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
  213/617-9007
  213/617-9185(Fax)

Michael Moquin
Chief General Counsel
Municipal Employees' Retirement System of Michigan
1134 Municipal Way
Lansing, MI 48917
  517/703-9030
  517/327-8336(Fax)

Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
Schatz & Nobel
330 Main Street
Hartford, CT 06106
  860/493-6292
  860/493-6290(Fax)

Andrew L. Barroway
Stuart L. Berman
Darren J. Check
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
  610/667-7706
  610/667-7056(Fax)

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Wolf Haldenstein Adler Freeman & Herz, LLP
750 B Street, Suite 2770
San Diego, CA 92101
  619/239-4599
  619/234-4599(Fax)